IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDOL FLETCHER AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONVERGEX GROUP LLC, CONVERGEX EXECUTION SOLUTIONS LLC, CONVERGEX GLOBAL MARKETS LTD., CONVERGEX HOLDINGS LLC, G-TRADE SERVICES LLC, & DOES 1-10,<br><br>        Defendants. | CIVIL ACTION No. 13-cv-9150 (LLS) |

## DECLARATION OF MELISSA D. HILL

I, Melissa D. Hill, an attorney, under penalty of perjury pursuant to 28 U.S.C. § 1746(2), hereby declare as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendants in the above-captioned action, and an attorney in good standing admitted to practice in the State of New York, Commonwealth of Pennsylvania, and the State of New Jersey. I have been admitted to appear before this Court.

2. I make this declaration in further support of Defendants' Motion to Dismiss the Complaint.

3. I am fully familiar with the facts and circumstances of this matter, and I make the representations herein based upon my personal knowledge or upon the documents that are of record in this matter.

4. Attached to this Declaration as Exhibit 1 is a true and correct copy of the 2012 Annual Funding Notice of Central States, Southeast and Southwest Areas Pension Plan, available at https://mycentralstatespension.org/media/8456/gn_funding_notice-2012.pdf.

5. Attached to this Declaration as Exhibit 2 is a true and correct copy of 2011 Annual Funding Notice of Central States, Southeast and Southwest Areas Pension Plan, available at https://mycentralstatespension.org/media/8451/gn_funding_notice-2011.pdf.

I declare under penalty of perjury that the foregoing is true and correct and based upon my personal knowledge.


Executed: March 17, 2014

 /s/ Melissa D. Hill
MELISSA D. HILL